## 15796.  GIBSON *v.* JORDAN *et al.*

LUKE, J.  The question raised by the writ of error here is controlled by the case of *Rowe Brothers Motor Co.* v. *Twiggs County*, 28 *Ga. App.* 211 (110 S. E. 925).  The first grant of the motion for new trial was not error for any reason pointed out in the record.

> *Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*
>
> DECIDED NOVEMBER 13, 1924.

Action on bond; from Muscogee superior court—Judge Munro. June 18, 1924.

*George C. Palmer,* for plaintiff in error.

*McCrory & Bagley,* contra.

---

## 15798.  WHATLEY *v.* WILSON.

BROYLES, C. J.  A verdict and judgment for a sum of money was obtained in a justice's court against the petitioner in certiorari.  The petition for certiorari containing no assignment of error whatever upon the verdict or judgment, the judge of the superior court did not err in overruling the certiorari.  *Papworth* v. *City of Fitzgerald*, 111 *Ga.* 54 (2) (36 S. E. 311).

> *Judgment affirmed.  Luke and Bloodworth, JJ., concur.*
>
> DECIDED NOVEMBER 13, 1924.

Certiorari; from Fulton superior court—Judge E. D. Thomas. June 24, 1924.

*Malberry Smith, Lowndes Calhoun,* for plaintiff in error.

*D. H. McWilliam,* contra.

---

## 15801.  WELLMAKER *v.* THE STATE.

BLOODWORTH, J.  When the instructions complained of are read in connection with the remainder of the charge of the court, no error requiring the grant of a new trial is shown therein.

There is some evidence to support the verdict, and the court properly refused a new trial.

> *Judgment affirmed.  Broyles, C. J., and Luke, J., concur.*
>
> DECIDED NOVEMBER 13, 1924.

Indictment for rocking railroad-train; from Lincoln superior court—Judge Shurley.  June 23, 1924.

*Homer Legg, R. W. Ware,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.